# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **LUIS RENE CADIERNO CRUZ,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | No.  3:26-CV-00479-LS |
| | § | |
| **WARDEN, ERO EL PASO CAMP** | § | |
| **EAST MONTANA, U.S.** | § | |
| **IMMIGRATION AND CUSTOMS** | § | |
| **ENFORCEMENT; AND UNITED** | § | |
| **STATES OF AMERICA,** | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DISMISSING CASE

The parties advised the Court that Petitioner has been removed.[1] Petitioner sought a writ of habeas corpus under 28 U.S.C. § 2241, which challenges "custody in violation of the Constitution or laws or treaties of the United States."[2] As Petitioner is no longer in custody, the Court denies the petition as moot and dismisses this case without prejudice.[3]

**SO ORDERED**.

**SIGNED** and **ENTERED** on April 9, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] *See* ECF No. 5; ECF No. 6.
[2] 28 U.S.C. § 2241(c)(3).
[3] *See Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988) (holding that a habeas petition becomes moot when the habeas relief requested "can no longer be effected").